IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL MILAN**,<br><br>                Plaintiff,<br><br>        v.<br><br>**UNION PACIFIC RAILROAD COMPANY**,<br><br>                Defendant. | Case No. 3:17-cv-01246-YY<br><br>**JUDGMENT** |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 8th day of May, 2019.

                                        /s/ *Michael H. Simon*
                                        Michael H. Simon
                                        United States District Judge

PAGE 1 – JUDGMENT